

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of M.J.M., a child,

\* From the 106th District Court
of Dawson County,
Trial Court No. 21-05-20774.

No. 11-23-00162-CV

\* June 13, 2024

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings.